IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| TOM SAYERS and ADAM DAILEY, | Case No. C05-5541 RJB |
|---|---|
| Plaintiffs, | |
| v. | ORDER GRANTING MOTION TO COMPEL DISCOVERY AND FOR SANCTIONS |
| BAM MARGERA, BAM MARGERA, INC., MIKE VALLELY, and MIKE V. INCORPORATED, | |
| Defendants. | |

This matter having come on regularly for hearing of Plaintiffs' Motion to Compel Discovery and for Sanctions and the court having considered Plaintiffs' Motion and Argument and the Declaration of Todd R. Renda with Exhibits, Bam Margera and Bam Margera, Inc. not having responded to the motion, *see* Local Rule CR7(b)(2), it is hereby ORDERED

1. That Plaintiffs' motion to compel discovery is GRANTED. Bam Margera and Bam Margera, Inc. are ORDERED to respond to Plaintiffs' interrogatories and requests for production FORTHWITH.

2. That Plaintiffs' motion for sanctions is GRANTED. Bam Margera and Bam Margera Inc. Are ordered to pay Plaintiffs' counsel $444.00 as sanction for failing to respond to Plaintiffs' discovery requests.

DATED this 5th day of April, 2006

Robert J. Bryan
United States District Judge