IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TOM SAYERS and ADAM DAILEY,<br><br>Plaintiffs,<br><br>v.<br><br>BAM MARGERA, BAM MARGERA INC, and MIKE VALLELY, and MIKE V. INCORPORATED,<br><br>Defendants. | C05-5541 RJB<br><br>ORDER DISMISSING BATTERY CAUSE OF ACTION AGAINST DEFENDANT, MIKE V. INCORPORATED, |

Based on the stipulation of the parties and the court having been fully advised in the premises it is hereby ORDERED:

That plaintiffs' claims of battery against, defendant, Mike V. Incorporated are hereby dismissed with prejudice and without costs to either party.

Dated this 14th day of June, 2006

*Robert J. Bryan* (signature)

Robert J. Bryan
United States District Judge

ORDER DISMISSING BATTERY CAUSE OF ACTION

**TODD R. RENDA**
ATTORNEY AT LAW
6314 19th St. West, Suite 20
Tacoma, Washington  98466-6223
(253) 566-6701
FAX (253) 564-6523