1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TOM SAYERS and ADAM DAILEY,

      Plaintiffs,

      v.

BAM MARGERA, BAM MARGERA, INC., MIKE VALLELY, and MIKE V. INCORPORATED,

      Defendants.

Case No. C05-5541 RJB

**SUPPLEMENTAL ORDER ON MOTIONS IN LIMINE**

19
20
21
22

     This matter comes before the Court on motions in limine filed by the parties, including Docket Nos. 97, 99, 102 (motion 1), and 103 (motion 3). The court is fully advised and heard comments of counsel regarding these motions at the Pretrial Conference on September 1, 2006. This order is supplemental to the Order on Motions in Limine (Dkt. 118) filed on August 28, 2006.

23
24
25

     <u>Docket No. 97 regarding expert reports and/or testimony</u>: The motion is GRANTED as to plaintiff's expert reports and GRANTED as to the proposed witness Raymond W. Priess, PhD. The motion is DENIED as to the testimony of Charles J. Pratt, CPA.

26
27

     <u>Docket No. 99 regarding tape of Viva La Bam episode</u>: The motion is DENIED without prejudice.

28

SUPPLEMENTAL ORDER ON MOTIONS IN LIMINE
Page - 1

1   <u>Docket No. 102, Plaintiffs' Motions in Limine</u>:

2   <u>Motion No. 1 regarding film images of the underlying incident not contained within
3   "CKY3" and/or "Mike V.'s Greatest Hits.</u>  The motion is DENIED as to the film
4   images of the altercation at issue, but is GRANTED IN PART as to film images of a
5   discussion held after the altercation at issue.  The court discussed conditions precedent
6   to admissibility for that portion of film images of discussions after the altercation.

7   <u>Docket No. 103, Defendant Vallely's Motions in Limine:</u>

8   <u>Motion No. 3 regarding plaintiffs' expert opinions.</u>  The ruling on this motion is
9   covered by the ruling on Docket 97 regarding expert reports and/or testimony and is
10  GRANTED and DENIED to the same extent.

11  **IT IS SO ORDERED.**

12  The Clerk of the Court is instructed to send uncertified copies of this Order to all counsel of
13  record and to any party appearing *pro se* at said party's last known address.

14  DATED this 1st day of September, 2006.

*Robert J. Bryan* (signature)

Robert J. Bryan
United States District Judge