HONORABLE ROBERT J. BRYAN

05-CV-05541-ORD

FILED _____ LODGED
_____ RECEIVED
OCT 11 2006
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

TOM SAYERS, and ADAM DAILEY,

    Plaintiffs,

vs.

BAM MARGERA, BAM MARGERA, INC., MIKE VALLELY, and MIKE V. INCORPORATED,

    Defendants.

NO. C05-5541RJB

STIPULATION FOR AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by the parties that the above-entitled matter can be dismissed with prejudice and without costs to any party.

DATED this 6th day of October, 2006.

PRESENTED BY:

TODD R. RENDA, ATTORNEY AT LAW
Attorney for plaintiffs

/s/
Todd R. Renda, WSBA# 20779
6314 19th St. West, Ste 20
Tacoma WA 98466-6223
Telephone: (253) 566-6701
Fax: (253) 564-6523
E-mail: toddrenda@msn.com

STIPULATION AND ORDER OF DISMISSAL
PAGE 1

TODD R. RENDA
ATTORNEY AT LAW
6314 19th St. West, Suite 20
Tacoma, Washington 98466-6223
(253) 566-6701
FAX (253) 564-6523

APPROVED AS TO FORM AND CONTENT:

EUGENE J. MALADY, LLC
Attorney for Defendants Bam Margera and Bam Margera, Inc.

/s/
―――――――――――――――
Eugene J. Malady, Admitted *Pro Hac Vice*
200 East State St., Ste 309
Media PA 19063
Telephone: (610) 565-5000
Fax: (610) 565-1201
E-mail: emalady@jcmcounselors.com

GIERKE, CURWEN, METZLER & ERIE, P.S.
Attorney for Defendants Bam Margera and Bam Margera, Inc.

/s/
―――――――――――――――
Gregory B. Curwen, WSBA# 5978
2102 N. Pearl St., D-400
Tacoma WA 98406
Telephone: (253) 752-1600
Fax: (253) 752-1666
E-mail: gcurwen@gcmclaw.com

SNOOK, SCWANZ, KINERK
Attorney for Defendant Mike Vallely

/s/
―――――――――――――――
Edwin J. Snook, WSBA# 3060
25 Central Way, Ste 410
Kirkland WA 98033
Telephone: (425) 827-3858
Fax: (425) 827-7959
E-mail: edsnook@snookschwanz.com

ROBERT A. PETERSON, ATTORNEY AT LAW
Attorney for Mike V. Incorporated

/s/
―――――――――――――――
Robert A. Peterson, Admitted *Pro Hac Vice*
384 Forest Ave.
Laguna Beach, CA 92651-2130
Telephone: (949) 376-6500
Fax: (949) 376-6522
E-mail: bob@petersonlaw.com

STIPULATION AND ORDER OF DISMISSAL
PAGE 2

TODD R. RENDA
ATTORNEY AT LAW
6314 19th St. West, Suite 20
Tacoma, Washington 98466-6223
(253) 566-6701
FAX (253) 564-6523

## ORDER

THIS MATTER coming on to be heard before the undersigned Judge of the above entitled court based upon the stipulation of the parties for dismissal, and the Court being fully advised in the premises, it is:

ORDERED, ADJUDGED AND DECREED that the above-entitled matter be, and the same is, hereby dismissed with prejudice and without costs to any party.

DONE IN OPEN COURT this __11__ day of __Oct__, 2006.

_____
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

TODD R. RENDA, ATTORNEY AT LAW
Attorney for plaintiffs

/s/
_____
Todd R. Renda, WSBA# 20779
6314 19th St. West, Ste 20
Tacoma WA 98466-6223
Telephone: (253) 566-6701
Fax: (253) 564-6523
E-mail: toddrenda@msn.com

APPROVED AS TO FORM AND CONTENT;
NOTICE OF PRESENTATION WAIVED:

EUGENE J. MALADY, LLC
Attorney for Defendants Bam Margera and Bam Margera, Inc.

/s/
_____
Eugene J. Malady, Admitted *Pro Hac Vice*
200 East State St., Ste 309
Media PA 19063
Telephone: (610) 565-5000
Fax: (610) 565-1201
E-mail: emalady@jcmcounselors.com

STIPULATION AND ORDER OF DISMISSAL
PAGE 3

TODD R. RENDA
ATTORNEY AT LAW
6314 19th St. West, Suite 20
Tacoma, Washington 98466-6223
(253) 566-6701
FAX (253) 564-6523

GIERKE, CURWEN, METZLER & ERIE, P.S.
Attorney for Defendants Bam Margera and Bam Margera, Inc.

/s/
_____
Gregory B. Curwen, WSBA# 5978
2102 N. Pearl St., D-400
Tacoma WA 98406
Telephone: (253) 752-1600
Fax: (253) 752-1666
E-mail: gcurwen@gcmelaw.com

SNOOK, SCWANZ, KINERK
Attorney for Defendant Mike Vallely

/s/
_____
Edwin J. Snook, WSBA# 3060
25 Central Way, Ste 410
Kirkland WA 98033
Telephone: (425) 827-3858
Fax: (425) 827-7959
E-mail: edsnook@snookschwanz.com

ROBERT A. PETERSON, ATTORNEY AT LAW
Attorney for Defendant Mike V. Incorporated

/s/
_____
Robert A. Peterson, Admitted *Pro Hac Vice*
384 Forest Ave., Ste 12
Laguna Beach, CA 92651-2130
Telephone: (949) 376-6500
Fax: (949) 376-6522
E-mail: bob@petersonlaw.com

STIPULATION AND ORDER OF DISMISSAL
PAGE 4

TODD R. RENDA
ATTORNEY AT LAW
6314 19th St. West, Suite 20
Tacoma, Washington 98466-6223
(253) 566-6701
FAX (253) 564-6523